**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CURTIS THOMAS, | : | Civil No. 3:25-cv-1326 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MRS. BOONE, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 19th day of October, 2026, upon consideration of Defendants' motion for summary judgment (Doc. 16), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 16) is **DENIED**.

2. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge